IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD W. HERNANDEZ,<br>    Petitioner<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>    Respondent | :<br>:<br>:   No. 1:08-cr-00164<br>:<br>:   (Judge Kane)<br>:<br>:<br>: |

# ORDER

**AND NOW**, on this 29th day of January 2020, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Petitioner Richard W. Hernandez's Motion to Vacate Sentence under 28 U.S.C. § 2255 (Doc. No. 70) is **DENIED**;

2. A certificate of appealability **SHALL NOT ISSUE**;

3. Petitioner's Motion for Leave to Amend his Section 2255 Motion (Doc. No. 86) is **DENIED**; and

4. The Clerk of Court is directed to **CLOSE** civil case number 1:16-cv-01088.

                                                    s/ Yvette Kane
                                                    Yvette Kane, District Judge
                                                    United States District Court
                                                    Middle District of Pennsylvania